| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF ARKANSAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Shagtastic Enterprises, Inc.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Newton Tire & Auto**  **FDBA  Heaton Auto**  **DBA  Main Street Automotive**  **DBA  Wilkins Investments, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3981860** |
| 4. | Debtor's address | **Principal place of business**  **1907 E. Main Street**  **Russellville, AR 72801**  Number, Street, City, State & ZIP Code  **Pope**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **1907 E. Main Street Russellville, AR 72801**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

12/12/23 1:51PM

Debtor **Shagtastic Enterprises, Inc.** Case number (*if known*)
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8111__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| District | **Eastern District of Arkansas** | When | **9/30/22** | Case number | **22-12702** |
| District | | When | | Case number | |

Debtor **Shagtastic Enterprises, Inc.**     Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor     Relationship
District     When     Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency
       Contact name
       Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Shagtastic Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Shagtastic Enterprises, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 12, 2023**
MM / DD / YYYY

X **/s/ Michael Wilkins**          **Michael Wilkins**
Signature of authorized representative of debtor          Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Vanessa Cash Adams**          Date **December 12, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Vanessa Cash Adams**
Printed name

**AR Law Partners, PLLC**
Firm name

**Plaza West Building**
**415 N. McKinley Street, Suite 830**
**Little Rock, AR 72205**
Number, Street, City, State & ZIP Code

Contact phone **501-710-6500**          Email address **vanessa@arlawpartners.com**

**2007145 AR**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shagtastic Enterprises, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cash Buoy, LLC** 203 N LaSalle St, Suite 2100 Chicago, IL 60601 | | | Disputed | | | $15,495.52 |
| **Cintas Corporation** 102 Champs Blvd Maumelle, AR 72113 | | | | | | $1,763.58 |
| **Cloudfund LLC** 400 Rella Blvd Suite 165-101 Suffern, NY 10901 | | | Disputed | | | $8,500.00 |
| **Diamond Advances, LLC** 1979 Marcus Ave. Suite 210 New Hyde Park, NY 11042 | | cash advance | Disputed | | | $21,595.65 |
| **Elevdt** 8170 McCormick Blvd Suite 123 Skokie, IL 60076 | | | Disputed | | | $11,000.00 |
| **EMCASCO Insurance Company** PO Box 25470 Overland Park, KS 66225-5470 | | insurance | | | | $3,415.56 |
| **Gateway Tire Little Rock** 6201 Patterson Rd. Little Rock, AR 72209 | | tires | | | | $3,125.00 |
| **HFH Capital, LLC** 1677 44th Street Brooklyn, NY 11204 | | | Disputed | | | $15,581.63 |

Debtor **Shagtastic Enterprises, Inc.**     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Liberty Funding Solutions** <br> **200 Middlesex Essex TPKE** <br> **Iselin, NJ 08830** | | | Disputed | | | $17,230.00 |
| **Markel Insurance** <br> **Po Box 650028** <br> **Dallas, TX 75265** | | insurance | | | | $843.00 |
| **Mint Funding Inc** <br> **105 Bakertown Rd.** <br> **Monroe, NY 10950** | | | Disputed | | | $20,000.00 |
| **Progressive Equity** <br> **55 Old Nyack Turnpike** <br> **Suite 308** <br> **Nanuet, NY 10954** | | | | | | $29,777.60 |
| **Ramco Waste & Recycling** <br> **PO Box 590** <br> **Russellville, AR 72811** | | waste management service | | | | $3,782.45 |
| **State of Arkansas Waste Tire Fee** <br> **PO Box 8140** <br> **Little Rock, AR 72203** | | waste tire fee | | | | $3,634.51 |
| **State of Arkansas** <br> **Attn: Director** <br> **Dept. of Finance and Admin.** <br> **PO Box 1272, Room 2380** <br> **Little Rock, AR 72203** | | sales and use tax | | | | $157,411.37 |
| **State of Arkansas** <br> **Attn: Director** <br> **Dept. of Finance and Admin.** <br> **PO Box 1272, Room 2380** <br> **Little Rock, AR 72203** | | wage withholding taxes | | | | $81,461.98 |
| **U.S. Small Business Admin.** <br> **2120 Riverfront Drive** <br> **Suite 100** <br> **Little Rock, AR 72202** | | | | | | $500,000.00 |
| **United Fund USA** <br> **30 Broad Street** <br> **New York, NY 10004** | | | | | | $23,985.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Ally  
PO Box 130424  
Saint Paul, MN 55113


Cash Buoy, LLC  
203 N LaSalle St, Suite 2100  
Chicago, IL 60601


Cintas Corporation  
102 Champs Blvd  
Maumelle, AR 72113


Cloudfund LLC  
400 Rella Blvd  
Suite 165-101  
Suffern, NY 10901


Corporate Turnaround  
95 Route 17 Turnaround  
Paramus, NJ 07652


Diamond Advances, LLC  
1979 Marcus Ave.  
Suite 210  
New Hyde Park, NY 11042


Elevdt  
8170 McCormick Blvd  
Suite 123  
Skokie, IL 60076


EMCASCO Insurance Company  
PO Box 25470  
Overland Park, KS 66225-5470


Gateway Tire Little Rock  
6201 Patterson Rd.  
Little Rock, AR 72209


Heaton Holding Corp  
1907 E. Main St.  
Russellville, AR 72801

```
Heaton Holding Corp.
1907 E. Main Street
Russellville, AR 72801


HFH Capital, LLC
1677 44th Street
Brooklyn, NY 11204


Kuzecki Law PLLC
1534 Union St.
Brooklyn, NY 11213


Law Offc of Steven Zakharyayev
10 W> 37th St. RM 602
New York, NY 10018


Liberty Funding Solutions
200 Middlesex Essex TPKE
Iselin, NJ 08830


Markel Insurance
Po Box 650028
Dallas, TX 75265


Maverick Funding LLC
1412 Broadway, Suite 2100
New York, NY 10018


Michael Keith Wilkins
160 Swordfish Drive
Russellville, AR 72802


Michael Kieth Wilkins
160 Swordfish Drive
Russellville, AR 72802


Mint Funding Inc
105 Bakertown Rd.
Monroe, NY 10950


Progressive Equity
55 Old Nyack Turnpike
Suite 308
Nanuet, NY 10954
```

Ramco Waste & Recycling
PO Box 590
Russellville, AR 72811


Redstone Funding LLC
1501 W. Cleveland St. Suite 20
Tampa, FL 33606


Snap-On Credit
950 Technolocy Way, Suite 301
Libertyville, IL 60048


State of Arkansas
Attn: Director
Dept. of Finance and Admin.
PO Box 1272, Room 2380
Little Rock, AR 72203


State of Arkansas
Waste Tire Fee
PO Box 8140
Little Rock, AR 72203


Tandem Finance Inc.
2801 Automation Way, Suite 207
Fort Collins, CO 80525


U.S. Small Business Admin
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155


U.S. Small Business Admin.
2120 Riverfront Drive
Suite 100
Little Rock, AR 72202


United Fund USA
30 Broad Street
New York, NY 10004


WECO, Inc.
1481 Highway 167
Bradford, AR 72020

```
Wilkins Investment Inc.
1907 E Main St
Russellville, AR 72802


Wilkins Investments, Inc.
1907 E. Main St.
Russellville, AR 72801


Willkins Investments, Inc.
1907 E. Main St.
Russellville, AR 72801
```

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **Shagtastic Enterprises, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shagtastic Enterprises, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 12, 2023**  
Date

**/s/ Vanessa Cash Adams**  
**Vanessa Cash Adams**  
Signature of Attorney or Litigant  
Counsel for **Shagtastic Enterprises, Inc.**  
AR Law Partners, PLLC  
**Plaza West Building**  
**415 N. McKinley Street, Suite 830**  
**Little Rock, AR 72205**  
**501-710-6500 Fax:501-710-6336**  
**vanessa@arlawpartners.com**